IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENIX HEREDIA-CHANG,<br><br>    Defendant. | Case No. 23-20056-01-HLT |

## MOTION TO DISMISS

The United States of America, by and through Assistant U.S. Attorney Trent M. Krug, and pursuant to Federal Rules of Criminal Procedure 48(a), hereby moves the Court to dismiss the deceased defendant in the above-captioned case without prejudice in the interests of justice.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

*s/ Trent M. Krug*
Trent M. Krug
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS   66101
Tele: 913-551-6730
Fax: 913-551-6541
Trent.Krug@usdoj.gov
Ks S.Ct.No. 19454

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Nicholas Calbi
Attorney for Denix Heredia Chang